IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATE OF AMERICA,   )<br>   )<br>   Plaintiff,   )<br>   )<br>-v-   )<br>   )<br>BRADLEY GROOTHUIS,   )<br>   )<br>   Defendant.   )  | Case No. 4:06CR3073 |

IT IS ORDERED:

1. Defendant's unopposed motion for extension of time (Filing 24) to enter plea is granted and the change of plea hearing is reset for December 13, 2006 at 2:00 p.m.

2. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. §3161(h)(1)(I)&(h)(A)(B).

Dated December 6, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge