IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:06cr3073 |
| v. ) | |
| ) | |
| BRADLEY J. GROOTHUIS, ) | |
| ) | ORDER |
| Defendant. ) | |

Defendant has requested that Document Number 22 be stricken from the record for the following reason(s):

- Incorrect PDF document attached.

IT IS THEREFORE ORDERED that defendant's motion, filing 23, is granted and the Clerk's Office shall strike Document Number 22 from the record.  The defendant has re-filed the document.

DATED this 6th day of December, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge