IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3073 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| BRADLEY L. GROOTHUIS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to continue date to file objections (filing 45) is granted.  The defendant's objections to the presentence report are due April 3, 2007.

April 2, 2007.                    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge