IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3073 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| BRADLEY J. GROOTHUIS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)    The defendant's unopposed motion to continue sentencing (filing 52) is granted.

(2)    The defendant's evidentiary hearing and sentencing are continued to Friday, May 25, 2007, from 10:00 a.m. to 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney Federal Building and U.S. Courthouse, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

April 17, 2007.                              BY THE COURT:

                                             s/ *Richard G. Kopf*
                                             United States District Judge