IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3073 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| BRADLEY J. GROOTHUIS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's two-hour evidentiary hearing and sentencing are continued to Friday, June 8, 2007, from 12:30 to 2:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney Federal Building and U.S. Courthouse, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

April 20, 2007.                    BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   United States District Judge